IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FRANKLIN L. WILLIAMS,

    Plaintiff,

vs.

RICHARD E. CURRIE, District Attorney, and THE STATE OF GEORGIA,

    Defendants.

CIVIL ACTION NO.: CV207-018

## ORDER

Plaintiff filed this action on February 8, 2007. Under a separate cover, Plaintiff sent additional copies of his complaint and exhibits to the Clerk. Through inadvertenance, the same complaint was given two different civil action numbers. As the complaint in this case is identical to the complaint filed by Plaintiff as CV207-022, the Clerk is authorized and directed to close this civil action.

**SO ORDERED**, this 22 day of Feb., 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)