AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FRANKLIN L. WILLIAMS,

    Plaintiff,

vs.

RICHARD E. CURRIE, District Attorney, and THE STATE OF GEORGIA,

    Defendants.

CIVIL ACTION NO.: CV207-018

## ORDER

Plaintiff has filed a Motion for Reconsideration and a Motion to Add An Exhibit to the motion for reconsideration in this case. Plaintiff seeks reconsideration of the Court's February 22, 2007 Order. That Order closed this case because it was identical to the complaint filed in case number CV207-22. Plaintiff's Motion to Add an Exhibit (Doc. 5) is **granted**. Plaintiff's Motion for Reconsideration of the February 22, 2007 Order (Doc. 4) is **DENIED**.

SO ORDERED, this 2 day of April, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA